UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUCLIDES PICHARDO,<br><br>                      Plaintiff,<br><br>                -v.-<br><br>PONCE ISIDRO and DE LA CRUZ XPRESS LLC,<br><br>                     Defendants. | 24 Civ. 1480 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 10, 2025, the Court extended the deadline to complete expert discovery to on or before July 15, 2025. (Dkt. #27). In the same endorsement. the Court also ordered the parties to submit a joint letter, on or before July 15, 2025, informing the Court about the status of settlement discussions, or, alternatively, proposing mutually agreeable dates in August 2025 for a post-fact discovery pretrial conference. (*Id.*). That deadline came and went, and the Court received no such letter. Previously the Court lamented the parties' "pattern of disregard for its orders and inquiries." (Dkt. #18). The Court repeats that refrain and advises the parties that if it does not receive this letter on or before **July 21, 2025**, the Court will dismiss this action without further notice for failure to prosecute and failure to comply with Court orders.

      SO ORDERED.

Dated:  July 17, 2025
             New York, New York

                                                                           KATHERINE POLK FAILLA
                                                                       United States District Judge