

60 Broadhollow Road
3rd Floor
Melville, NY 11747
Tel: 516-939-9200
Fax: 516-939-9201

www.DefenseCounsel.com

E-mail: tdarmody@defensecounsel.com
File No. 2112.0038

July 30, 2025

*Via ECF Filing Only*
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007



    **RE:   JAIME ESTEBAN ROSAS BELTRAN, MARIA INMACULADA BELTRAN CRUZ and MAYRA KATHERINE NOVOA MORAN v. HECTOR B. MELO RAMIREZ and K&J GERMAN TRANS LLC**
         **Case no. 1:24-cv-01480-KPF**

Dear Honorable Sir:

    My office represents the defendants in the captioned matter, which is scheduled for an Initial Conference via telephone tomorrow, July 31, 2025. I have been contacted by counsel for the plaintiff and they have requested that this conference be adjourned, as the case is in the process of being transferred to new trial counsel, which has prevented us from having any pre-conference discussion concerning discovery. My office consents to this request.

    Plaintiff's counsel has asked that my office make the request, as they are unable to currently do so due to the pending transfer and we are willing to accommodate them. Please advise if Plaintiff's request is granted.

    Thank you for your courtesy and cooperation in this matter.

                        Respectfully yours,

                        *Thomas G. Darmody*

                        THOMAS G. DARMODY (TGD 8368)

*Philadelphia, PA ● Pittsburgh, PA ● Cherry Hill, NJ ● New York, NY ● Melville, NY ● Wilmington, DE
Miami, FL ● Tampa, FL ● Jacksonville, FL ● Dallas-Fort Worth, TX ● Houston, TX*

July 30, 2025
Page 2

TGD/bms

cc:   Rachel Yusupov, Esq.
      RACHEL YUSUPOV LAW GROUP

```
The Clerk of Court is directed to strike this letter from the
docket because Mr. Darmody has filed it in the wrong action.

Mr. Darmody is directed to take better care in the future.

Dated:    July 31, 2025           SO ORDERED.
          New York, New York
```

*Katherine Polk Failla* (signature)

```
                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE
```

Letter to court on behalf of plaintiff 4928-3041-0073 v.1